**EX PARTE Samuel A. MCCORMICK**

**CR-14-0213**

Court of Criminal Appeals of Alabama.

01/20/2015

Transferred to Covington Cir. Ct.

■

**Woodburck NOE**

v.

**STATE**

**CR-14-0218**

Court of Criminal Appeals of Alabama.

02/27/2015

Reh. denied

■

**Tyrone BURTS**

v.

**STATE**

**CR-14-0219**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

■

**Willie Broderick KNIGHT**

v.

**STATE**

**CR-14-0221**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

■

**EX PARTE Phillip J. DeLOACH**

**CR-14-0223**

Court of Criminal Appeals of Alabama.

01/20/2015

Transferred to St. Clair Cir. Ct.

■

**Tony JOYCE**

v.

**STATE**

**CR-14-0227**

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied